**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____ Chapter ___**7**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Concept Design Homes, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  3 – 2  6  4  0  2  1  9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2540 NW 129th Street**<br>Number    Street | _____<br>Number    Street |
| | _____<br>P.O. Box |
| **Oklahoma City**    **OK**    **73120**<br>City    State    ZIP Code | _____<br>City    State    ZIP Code |
| **Oklahoma**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City    State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Concept Design Homes, LLC**_____  Case number (if known) _____

| | |
|---|---|
| 7. | **Describe debtor's business** |

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. |

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Concept Design Homes, LLC**_____  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____  When _____  Case number _____<br>                                                                MM / DD / YYYY<br><br>         District _____  When _____  Case number _____<br>                                                                MM / DD / YYYY<br><br>         District _____  When _____  Case number _____<br>                                                                MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases.  If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                                MM / DD / YYYY<br>         Case number, if known _____<br><br>         Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                                MM / DD / YYYY<br>         Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district?*** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **Concept Design Homes, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed. |

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____

Number        Street

_____

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____

Contact name    _____

Phone    _____

---

██  **Statistical and adminstrative information**

**13.**  **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.**  **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.**  **Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.**  **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Concept Design Homes, LLC**                                        Case number (if known) _____

| | |
|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/26/2024**
MM / DD / YYYY

X  **/s/ Robert Lewis Smith**
Signature of authorized representative of debtor

**Robert Lewis Smith**
Printed name

**Owner**
Title

**18.  Signature of attorney**

X  **/s/ O. Clifton Gooding**                          Date  **04/26/2024**
Signature of attorney for debtor                                      MM / DD / YYYY

**O. Clifton Gooding**
Printed name

**The Gooding Law Firm, P.C.**
Firm name

**204 N. Robinson**
Number        Street

**Suite 1235**

**Oklahoma City**                                **OK**          **73102**
City                                             State          ZIP Code

**(405) 948-1978**                               **cgooding@goodingfirm.com**
Contact phone                                    Email address

**10315**                                        **OK**
Bar number                                       State

**Fill in this information to identify the case**

Debtor name **Concept Design Homes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
account number

4.    **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

### Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor     __Concept Design Homes, LLC_____     Case number (if known) _____
Name

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9.  Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ...............➔  _____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ...............➔  _____
                          face amount        doubtful or uncollectible accounts

**12.  Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4:  Investments

**13.  Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ☑ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

15.1.  **Concept Design Homes, LLC
       Construction Company**        **100%**                          **Unknown**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17.  Total of Part 4**
   Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes.  Fill in the information below.

Debtor  **Concept Design Homes, LLC**_____  Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __Concept Design Homes, LLC__    Case number (if known) _____
Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor **Concept Design Homes, LLC**     Case number (if known) _____
Name

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available.

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor __**Concept Design Homes, LLC**_____ Case number (if known) _____
Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**10613 Two Lakes Drive
Yukon, OK 73099
Legal Description: Lot Five (5), in Block Five (5), of Coer D' Alene, Phase I, an addition to the City
of Oklahoma City, Canadian County, Oklahoma, accordig to the reocrded plat thereof.**

**This lot is in the name of Concept Design Homes, LLC** _____   Unknown

**11821 NW 108th Place
Yukon, OK 73099**

**Legal Description: COEUR D'ALENE PHASE 1 LOT 6 BLOCK 2, an addition to the City of
Oklahoma City, Canadian County, Oklahoma, accordig to the reocrded plat thereof.**

**This lot is in the name of Concept Design Homes, LLC** _____   Unknown

**10617 Two Lakes Drive
Yukon, OK 73099**

**Legal Description:
COEUR D'ALENE PHASE 1 LOT 4 BLOCK 5, an addition to the City of Oklahoma City, Canadian
County, Oklahoma, accordig to the reocrded plat thereof.**

**This lot is in the name of Concept Design Homes, LLC** _____   Unknown

**1601 Randel Road
Nichols Hills, OK 73116**

**Legal Description: The West 20 feet of Lot Nineteen (19) and All of lots Twenty (20) through
Twenty-two (22), inlcusive, in Block Three (3), in CRESTVIEW SECTION OF THE TOWN OF
NICHOLS HILLS, to Oklahoma County, Oklahoma, according to the recorded plat thereof.**

**This lot is in the name of Concept Design Homes, LLC** _____   Unknown

| Debtor | Concept Design Homes, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**605 N. Idaho Avenue**
**Oklahoma City, OK 73117**

**Legal Description: Lot Six (6) in Block One (1), of John F. Kennedy Addition, to Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.**

**This lot is in the name of Concept Design Homes, LLC**                    Unknown

**921 NW 43rd Streeet**
**Oklahoma City, OK 73118**

**Legal Description: Lot Nine (9), in Block (1) of Westminister Heights I, an Addition to the City of Oklahoma City, being a re-plat of Lots 36-46 and the East 10 feet of Lot 35, All in Block 28 of Douglas Place Addition, Oklahoma County, Oklahoma, according to the recorded plat thereof.**

**This lot is in the name of Concept Design Homes, LLC**                    Unknown

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                    $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 12:    Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9* ............➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column.    91a. | $0.00 | + 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................    $0.00

**Fill in this information to identify the case:**

Debtor name    **Concept Design Homes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**All America Bank** | Describe debtor's property that is<br>subject to a lien | **$764,451.10** | **$0.00** |
| --- | --- | --- | --- |

Creditor's mailing address
**c/o Combs Thiessen PLLC**

**228 Robert S Kerr Suite 975**

**Oklahoma City        OK    73102**

Creditor's email address, if known

Date debt was incurred    **12/29/2021**

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**1601 Randel Road & 11821 NW 108th Pl**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**        **$1,446,636.84**

Debtor **Concept Design Homes, LLC**
_____   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** Creditor's name
**All America Bank**

Creditor's mailing address
**c/o Combs Thiessen PLLC**

**228 Robert S Kerr Suite 975**

_____

**Oklahoma City        OK   73102**

Creditor's email address, if known

_____

Date debt was incurred    **09/01/2023**

Last 4 digits of account number    **5   0   3   2**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**605 N. Idaho Avenue**

Describe the lien
**Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$306,911.20**   Value of collateral: **$0.00**

**2.3** Creditor's name
**BancFirst**

Creditor's mailing address
**c/o Blaney Tipton Hiersche & Odom**

**PO Box 657**

_____

**Oklahoma City        OK   73101-0657**

Creditor's email address, if known

_____

Date debt was incurred    **03/04/2022**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**921 NW 43rd Street**

Describe the lien
**Agreement**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$102,956.59**   Value of collateral: **$0.00**

Debtor    **Concept Design Homes, LLC**                                   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | Amount of claim | Value of collateral |
|---|---|---|---|
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** | Creditor's name
**Chickasaw Community Bank**

Describe debtor's property that is subject to a lien

$223,058.05      $0.00

Creditor's mailing address
**c/o Blaney Tipton Hiersche & Odom**

**10617 Two Lakes Drive**

**PO Box 657**

Describe the lien
**Agreement**

_____

**Oklahoma City        OK   73101-0657**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred    **09/20/2021**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **6   0   9   9**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**2.5** | Creditor's name
**Mill Creek Lumber & Supply Co**

Describe debtor's property that is subject to a lien

$49,259.90      $0.00

Creditor's mailing address
**c/o Robinett, Swartz & Duren**

**10613 Two Lakes Drive**

**624 S Boston Ave Suite 900**

Describe the lien
**Agreement**

_____

**Tulsa              OK   74119**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred    **08/30/2019**

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number          **3   5   3   5**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Fill in this information to identify the case:**

Debtor      **Concept Design Homes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$22,852.00**    **$22,852.00**

**IRS**

**PO Box 7346**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Philadelphia**    **PA**    **19101-7346**

Basis for the claim:
**2022 Federal Tax Liability**

Date or dates debt was incurred
**12/31/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **3 0 6 2**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

**2.2**   Priority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$2,414.00**    **$2,414.00**

**Oklahoma Tax Commission**

**Attn: Legal Bankruptcy**

**PO Box 269056**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Oklahoma City**    **OK**    **73126-0956**

Basis for the claim:
**2022 State Tax Liability**

Date or dates debt was incurred
**12/31/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **3 0 6 2**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

Debtor    **Concept Design Homes, LLC**                                                        Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
       claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.00** |
|---|---|---|---|

**1907 Insulation**

**209 NW 95th St Suite A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Oklahoma City**          **OK**    **73114** | **Business Debt** |
|---|---|

Date or dates debt was incurred        **06/22/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number        ___ **2   2   6**

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,390.00** |
|---|---|---|---|

**Affirm, Inc.**

**Attn: Bankruptcy**

**650 California St, Fl 12**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Francisco**          **CA**    **94108** | **Unsecured** |
|---|---|

Date or dates debt was incurred        **05/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number        **H   9   M   V**

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,700.00** |
|---|---|---|---|

**AKC Plumbing**

**816 NW 24th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Moore**          **OK**    **73160** | **Business Debt** |
|---|---|

Date or dates debt was incurred        **07/24/2023**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number        **8   0   1   5**

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |
|---|---|---|---|

**Alliant Credit Union**

**125 E Algonquin Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Arlington Heights**          **IL**    **60005** | **Credit Card** |
|---|---|

Date or dates debt was incurred        **09/2021**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number        **6   2   5   6**

Debtor    **Concept Design Homes, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $37,374.00

**Amex**

**Correspondence/Bankruptcy**

**PO Box 981540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso**               **TX**    **79998**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **05/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6  8  7  3**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $12,896.00

**Bank of America**

**Attn: Bankruptcy**

**4909 Savarese Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tampa**               **FL**    **33634**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **10/2007**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5  0  0  8**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $39,374.00

**Chase Card Services**

**Attn: Bankruptcy**

**P.O. 15298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**               **DE**    **19850**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **09/2014**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8  5  0  1**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                        $2,254.00

**Chase Card Services**

**Attn: Bankruptcy**

**P.O. 15298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**               **DE**    **19850**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **08/2021**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7  4  0  8**

Debtor    **Concept Design Homes, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**EBF Holdings LLC d/b/a**

**Everest Business Funding**

**c/o Berkovitch & Bouskila PLLC**

**1545 US 202 Suite 101**

**Pomona**        **NY**    **10970**

Date or dates debt was incurred    **09/02/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$35,056.28**

---

| 3.10 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ferguson**

**3901 West Reno**

_____

_____

**Oklahoma City**      **OK**    **73107**

Date or dates debt was incurred    **05/25/2023**

Last 4 digits of account number    **8 5 5 3**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29,264.78**

---

| 3.11 | **Nonpriority creditor's name and mailing address** |
|---|---|

**FNB Omaha**

**Attn: Bankruptcy**

**P.O. Box 3128**

_____

**Omaha**        **NE**    **68103**

Date or dates debt was incurred    **10/2016**

Last 4 digits of account number    **5 1 6 2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$17,130.00**

---

| 3.12 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Fora Financial**

**c/o Christine Medlock**

**1385 Broadway 15 Floor**

_____

**New York**       **NY**    **10018**

Date or dates debt was incurred    **07/03/2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Settlement Agreement**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$17,000.00**

---

Debtor   **Concept Design Homes, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,278.05** |

**Foxworth-Galbraith Lumber Co**

**4965 Preston Park Blvd #400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Plano**                    **TX**    **75093**      **Business Debt**

Date or dates debt was incurred    **03/17/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,731.25** |

**Innovative Concrete Solutions**

**c/o Hayes Magrini Gatewood**

**1220 N. Walker Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Oklahoma City**              **OK**    **73146-0140**      **Business Debt**

Date or dates debt was incurred    **08/31/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    **3  1  4  3**

☑ No
☐ Yes

---

| **3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,891.00** |

**Lendclub Bank**

**Attn: Bankruptcy**

**595 Market Street, Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Francisco**              **CA**    **94105**      **Unsecured**

Date or dates debt was incurred    **08/2021**

**Is the claim subject to offset?**

Last 4 digits of account number    **0  3  1  5**

☑ No
☐ Yes

---

| **3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,030.61** |

**Martin Sheetrock and Supply**

**c/o Drew Campo**

**5704 NW 161st Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Edmond**                    **OK**    **73013**      **Business Debt**

Date or dates debt was incurred    **01/01/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    **2  8  9  8**

☑ No
☐ Yes

---

Debtor    **Concept Design Homes, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,632.07** |

*Check all that apply.*

**Morrison Supply**

☐ Contingent

**PO Box 841183**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Dallas**              **TX**    **75284-1183**    **Business Debt**

Date or dates debt was incurred    **09/29/2021**    **Is the claim subject to offset?**

Last 4 digits of account number    **6   1   5   1**    ☑ No
☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,054.70** |

*Check all that apply.*

**Mr. Handyman**

☐ Contingent

**PO Box 5614**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Edmond**              **OK**    **73083**    **Business Debt**

Date or dates debt was incurred    **02/13/2023**    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,635.44** |

*Check all that apply.*

**Rain Guard**

☐ Contingent

**6277 Boucher Dr**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Edmond**              **OK**    **73034**    **Business Debt**

Date or dates debt was incurred    **03/30/2023**    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,877.86** |

*Check all that apply.*

**Rew Materials**

☐ Contingent

**5218 S National Drive**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Knoxville**              **TN**    **37914**    **Business Debt**

Date or dates debt was incurred    **12/20/2022**    **Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___    ☑ No
☐ Yes

Debtor    **Concept Design Homes, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$12,686.00**

**Sterling and Sons Electric**

☐ Contingent
☐ Unliquidated
☐ Disputed

**14524 Giverny Ln**

**Basis for the claim:**
**Business Debt**

**Yukon**                    **OK**      **73099**

**Date or dates debt was incurred**      **01/17/2023**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**      **4   8   6   2**

---

| 3.22 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$4,891.00**

**Synchrony/PayPal Credit**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy**

**PO Box 965060**

**Basis for the claim:**
**Credit Card**

**Orlando**                    **FL**      **32896**

**Date or dates debt was incurred**      **01/2023**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**      **0   4   4   9**

---

| 3.23 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,900.66**

**The Womble Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**aka Pella**

**537 E Britton Rd**

**Basis for the claim:**
**Business Debt**

**Oklahoma City**                    **OK**      **73114**

**Date or dates debt was incurred**      **11/23/2022**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**      ___ ___ ___ ___

---

| 3.24 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$10,479.00**

**Tinker FCU**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Attn: Bankruptcy**

**PO Box 45750**

**Basis for the claim:**
**Unsecured**

**Tinker AFB**                    **OK**      **73145**

**Date or dates debt was incurred**      **09/2021**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**      **0   0   5   8**

Debtor    **Concept Design Homes, LLC**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,343.43 |
|---|---|---|---|

**Trinity Brick's Sales, Inc**

**2523 W Reno Ave**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Oklahoma City**          **OK     73107**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **04/07/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **3    5    9    5**

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,863.00 |
|---|---|---|---|

**Upgrade, Inc.**

**Attn: Bankruptcy**

**275 Battery Street 23rd Floor**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Francisco**          **CA     94111**

Basis for the claim:
**Unsecured**

Date or dates debt was incurred    **04/2022**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2    1    5    5**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,887.23 |
|---|---|---|---|

**Wilson Bros Flooring**

**100 North Quapah Ave Suite A**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Oklahoma City**          **OK     73107**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **12/01/2022**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

---

Debtor    **Concept Design Homes, LLC**                     Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **BancFirst** **100 N. Broadway, 13 Floor** **Oklahoma City        OK     73126** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.2** **Expressions Home Gallery** **501 NE 122nd Street Suite C** **Oklahoma City        OK     73114-8102** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.3** **Law Offices of Sheldon B. Swan, PLLC** **805 Shadow Wood Drive** **Edmond            OK     73034** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.4** **Mill Creek Lumber** **PO Box 732254** **Dallas            TX     75373-2254** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor  **Concept Design Homes, LLC**                                 Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

                                                                                    **Total of claim amounts**

5a.   **Total claims from Part 1**                                    5a.   _____ **$25,266.00**

5b.   **Total claims from Part 2**                                    5b. **+** _____ **$404,625.36**

5c.   **Total of Parts 1 and 2**                                      5c.   _____ **$429,891.36**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Concept Design Homes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known) _____     Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
    (Official Form 206A/B).

2. **List all contracts and unexpired leases**

    **State the name and mailing address for all other
    parties with whom the debtor has an executory
    contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name     **Concept Design Homes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Concept Design Homes, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................ | **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................... | **$0.00**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................. | **$0.00**

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... | **$1,446,636.84**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | **$25,266.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | **+  $404,625.36**

4.  **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................. | **$1,876,528.20**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Concept Design Homes, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/26/2024**      X **/s/ Robert Lewis Smith**
     MM / DD / YYYY      Signature of individual signing on behalf of debtor

     **Robert Lewis Smith**
     Printed name
     **Owner**
     Position or relationship to debtor

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Concept Design Homes, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF OKLAHOMA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2023**<br>MM / DD / YYYY | to | **12/31/2023**<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$24,472.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **Concept Design Homes, LLC**                    Case number (if known) _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
   guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
   $7,575.  (This amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of
   adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor
   and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and
   any managing agent of the debtor.  11 U.S.C. § 101(31).

   ☑ None

**5.    Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a
   creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in
   line 6.

   ☑ None

**6.    Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
   an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
   the debtor owed a debt.

   ☑ None

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
   was involved in any capacity--within 1 year before filing this case.

   ☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Chickasaw Community Bank vs. Concept Design Homes, LLC, an Oklahoma limited liability company, Robert Smith, an individual** | Civil | **District Court of Oklahoma County** <br> Name <br> **320 Robert S Kerr Ave** <br> Street <br> **room 409** <br> **Oklahoma City**    **OK**   **73102q** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ-2023-6099** | | | |
| 7.2. | **Mill Creek Lumber & Supply Company vs. Concept Design Homes, LLC, Robert Smith, Louise P. Smith; Serrato Heat & Air; and Frazer Bank** | Judgment | **Distict Court of Canadian County** <br> Name <br> **PO Box 730** <br> Street <br><br> **El Reno**    **OK**   **73036** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ-2023-535** | | | |

Debtor    **Concept Design Homes, LLC**    Case number (if known) _____
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **All America Bank vs. Concept Design Homes, LLC, BFS Group LLC, Martin Sheetrock and Supply LLC, Trinity Brock Sales, Inc., and Foxworthy Galbraith Lumber Company** | Civil | **District Court of Oklahoma County** — Name; **320 Robert S Kerr Ave** — Street; **Room 409**; **Oklahoma City    OK    73102** — City State ZIP | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **CJ-2023-5033** | | | |
| 7.4. | **All America Bank vs. Concept Design Homes LLC, Hill & Company, Ltd, The Womble Co.,   Martin Sheetrock And Supply Llc, and Trinity Brick Sales, Inc.** | Civil | **District Court of Oklahoma County**; **320 Robert S Kerr Ave**; **Room 409**; **Oklahoma City    OK    73102** | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **CJ-2023-5032** | | | |
| 7.5. | **Martin Sheetrock and Supply LLC vs. Concept Design Homes, LLC** | Judgment | **District Court of Oklahoma County**; **320 Robert S Kerr Ave**; **Room 409**; **Oklahoma City    OK    73102** | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **CJ-2023-2898** | | | |
| 7.6. | **EBF Holdings, LLC d/b/a Everest Business Funding vs. Concept Design Homes, LLC and Robert Lewis Smith** | Civil | **Supreme Court of the State of New Yo**; **55 Exchange Blvd**; **Rochester    NY    14614** | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **unassigned** | | | |
| 7.7. | **Innovative Concrete Solutions, LLC  vs Concept Design Homes, LLC; Robert Smith, individually; Matin Sheetrock & Supply, LLC; Tom Manske, in his capacity as County Treasurer of Canadian County, Oklahoma and Board of County Commissioners of Canadian County Oklahoma** | Civil | **District Court of Canadian County**; **PO Box 730**; **El Reno    OK    73036** | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number **CJ-2023-143** | | | |

Debtor     **Concept Design Homes, LLC**                        Case number (if known) _____
_____
Name

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

### Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Gooding Law Firm, P.C.** | **$3,500.00 Attorney Fee** <br> **$500.00 Costs** | **01/31/2024** | **$4,000.00** |

Address

**204 N. Robinson**
Street
**Suite 1235**

**Oklahoma City**          **OK**      **73102**
City                     State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Concept Design Homes, LLC**_____    Case number (if known) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained    _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

Debtor    **Concept Design Homes, LLC**                              Case number (if known) _____
          Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.   **Bank 7**<br>Name<br>**1039 NW 63rd St**<br>Street<br><br>**Oklahoma City    OK   73116**<br>City    State   ZIP Code | XXXX- **9** **7** **9** **3** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other **Business** | **01/2024** | **$0.00** |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21.   Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor  **Concept Design Homes, LLC**                              Case number (if known) _____
         Name

---

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
     Include settlements and orders.

     ☒ No
     ☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☒ No
     ☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

     ☒ No
     ☐ Yes.  Provide details below.

---

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

     ☒ None

26.  **Books, records, and financial statements**

     26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

     ☐ None

| | Name and address | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.1. | **Richard Hammill** | From | **2022** | To | **2022** |
| | Name | | | | |
| | **820 W Danforth Rd** | | | | |
| | Street | | | | |
| | **Edmond**     **OK**    **73003** | | | | |
| | City     State    ZIP Code | | | | |

| | Name and address | Dates of service | | | |
|---|---|---|---|---|---|
| 26a.2. | **Cox Holsted & Associates, P.C.** | From | **2021** | To | **2021** |
| | Name | | | | |
| | **701 W Sheridan Ave, Suite 310** | | | | |
| | Street | | | | |
| | **Oklahoma City**     **OK**    **73102** | | | | |
| | City     State    ZIP Code | | | | |

Debtor    **Concept Design Homes, LLC**                                    Case number (if known) _____
　　　　　　Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor  **Concept Design Homes, LLC**_____  Case number (if known) _____
Name

## Part 14:   Signature and Declaration

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/26/2024**_____
MM / DD / YYYY

**X  /s/ Robert Lewis Smith**_____  Printed name  **Robert Lewis Smith**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Owner**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re  **Concept Design Homes, LLC**                    Case No. _____

                                                        Chapter    **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................... **$7,000.00**

Prior to the filing of this statement I have received........................................................ **$3,500.00**

Balance Due................................................................................................................. **$3,500.00**

2. The source of the compensation paid to me was:
    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☐ Debtor        ☑ Other (specify)
    **I am treating the remaining $3,500.00 as a debt subject to discharge in this case, the Debtor may make voluntary payments to our firm. I will not be making any attempts to collect on such a mount in any matter for their failure to pay.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

    **Negotiations with secured creditors to reduce to market value; Worked on cae beginning June 2023, have put in reviewing all state court actions, meeting with numerous meetings with client, review lender files and mortgages, review of lien files, bank statements, Profit and loss statements 15 hours at $500 per hour**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The fees DOES NOT INCLUDE: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/26/2024** | **/s/ O. Clifton Gooding** |
| --- | --- |
| *Date* | *O. Clifton Gooding*        Bar No.  10315 |
| | The Gooding Law Firm, P.C. |
| | 204 N. Robinson |
| | Suite 1235 |
| | Oklahoma City, OK  73102 |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **Concept Design Homes, LLC**                                  CASE NO

                                                                          CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  4/26/2024                                  Signature   **/s/ Robert Lewis Smith**
                                                              ***Robert Lewis Smith***
                                                              ***Owner***


Date _____       Signature _____

1907 Insulation
209 NW 95th St Suite A
Oklahoma City, OK 73114


Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108


AKC Plumbing
816 NW 24th Street
Moore, OK 73160


All America Bank
c/o Combs Thiessen PLLC
228 Robert S Kerr Suite 975
Oklahoma City, OK 73102


Alliant Credit Union
125 E Algonquin Rd
Arlington Heights, IL 60005


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


BancFirst
c/o Blaney Tipton Hiersche & Odom
PO Box 657
Oklahoma City, OK 73101-0657


BancFirst
100 N. Broadway, 13 Floor
Oklahoma City, OK 73126


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850


Chickasaw Community Bank
c/o Blaney Tipton Hiersche & Odom
PO Box 657
Oklahoma City, OK 73101-0657


EBF Holdings LLC d/b/a
Everest Business Funding
c/o Berkovitch & Bouskila PLLC
1545 US 202 Suite 101
Pomona, New York 10970

Expressions Home Gallery
501 NE 122nd Street Suite C
Oklahoma City, OK 73114-8102



Ferguson
3901 West Reno
Oklahoma City, OK 73107



FNB Omaha
Attn: Bankruptcy
P.O. Box 3128
Omaha, NE 68103


Fora Financial
c/o Christine Medlock
1385 Broadway 15 Floor
New York, NY 10018


Foxworth-Galbraith Lumber Co
4965 Preston Park Blvd #400
Plano, TX 75093



Innovative Concrete Solutions
c/o Hayes Magrini Gatewood
1220 N. Walker Avenue
Oklahoma City, OK 73146-0140

```
IRS
PO Box 7346
Philadelphia, PA 19101-7346



Law Offices of Sheldon B. Swan, PLLC
805 Shadow Wood Drive
Edmond, OK 73034



Lendclub Bank
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105


Martin Sheetrock and Supply
c/o Drew Campo
5704 NW 161st Circle
Edmond, OK 73013


Mill Creek Lumber
PO Box 732254
Dallas, TX 75373-2254



Mill Creek Lumber & Supply Co
c/o Robinett, Swartz & Duren
624 S Boston Ave Suite 900
Tulsa, OK 74119


Morrison Supply
PO Box 841183
Dallas, TX 75284-1183



Mr. Handyman
PO Box 5614
Edmond, OK 73083



Oklahoma Tax Commission
Attn: Legal Bankruptcy
PO Box 269056
Oklahoma City, OK 73126-0956
```

Rain Guard
6277 Boucher Dr
Edmond, OK 73034


Rew Materials
5218 S National Drive
Knoxville, TN 37914


Sterling and Sons Electric
14524 Giverny Ln
Yukon, OK 73099


Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896


The Womble Company
aka Pella
537 E Britton Rd
Oklahoma City, OK 73114


Tinker FCU
Attn: Bankruptcy
PO Box 45750
Tinker AFB, OK 73145


Trinity Brick's Sales, Inc
2523 W Reno Ave
Oklahoma City, OK 73107


Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111


Wilson Bros Flooring
100 North Quapah Ave Suite A
Oklahoma City, OK 73107